# G O D D A R D  L A W  P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

September 3, 2025

> The request is DENIED. The parties shall submit the materials described in the Court's June 10, 2025 order, see Dkt. 10, by Monday, September 8, 2025. If and when the parties do so, the Court will consider adjourning the initial pre-trial conference.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 23.
>
> SO ORDERED.
>
> *(signature)*
>
> Arun Subramanian, U.S.D.J.
> Dated: September 4, 2025

<u>VIA ECF</u>
The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

   Re: ***Beischer v. Sopheon Corporation et al.***
      <u>Case No.: 25-CV-4619-AS</u>

Dear Judge Subramanian:

  The undersigned counsel represents Plaintiff John Beischer in the above-referenced matter. Plaintiff respectfully submits this letter jointly with counsel for Defendants to request an adjournment of the Telephonic Initial Conference currently scheduled for September 11, 2025 pending the anticipated mediation conference in accordance with the Court's Order of August 6, 2025. The parties are scheduled to speak with Mediator Michael S. Gordon on September 4, 2025 and anticipate scheduling the mediation at that time. The requested adjournment will not affect any current deadlines and there are no other currently-scheduled appearances in this case.

  This is the parties' first request for an adjournment of the initial conference.

  We thank the Court for its time and attention to this matter and its consideration of this request.

             Respectfully submitted,

             GODDARD LAW PLLC

             <u>/s/ Megan Goddard</u>
             By: Megan S. Goddard, Esq.

Cc: All Counsel via [ECF]